```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LAURA L. FERRIS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone (916) 554-2932

 5

 6              IN THE UNITED STATES DISTRICT COURT

 7            FOR THE EASTERN DISTRICT OF CALIFORNIA

 8

 9  UNITED STATES OF AMERICA    )
                                )   CR. NO. S-03-550 WBS
10              Plaintiff,      )
                                )   ORDER
11        v.                    )
                                )
12  WILL MOSS, JR. and VINNIE   )   Judge: Hon. William B. Shubb
    BROOKS,
13                              )   Date: May 25, 2005
                Defendants.     )   Time: 9:00 a.m.
14  _____)
```

15     The parties in the above case appeared for a status
16  conference on May 25, 2005, on this court's criminal calendar.
17  At that time counsel for the defendant Will Moss, Jr. requested
18  that trial currently set for June 28, 2005 be vacated.  The basis
19  for the request was that the defense needed additional time to
20  prepare for trial, including time to attempt to secure certain
21  juvenile and mental health records.
22     Defendant Will Moss, Jr. responded to the Court's questions
23  concerning the delay and indicated that (1) he is satisfied with
24  his attorney's representation; (2) he agrees the trial should be
25  delayed to provide his counsel with additional time to prepare;
26  and (3) he is willing to wait until December 6, 2005.
27     Counsel for Vinnie Brooks, Shari Rusk, had no objection to
28

1  the continuation of the trial.
2         Accordingly, time under the Speedy Trial Act will be
3  excluded from June 28, 2005 to December 6, 2005, pursuant to 18
4  U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4, for defense
5  preparation.
6
7         IT IS SO ORDERED.
8
9                              _____
10                             WILLIAM B. SHUBB
                               UNITED STATES DISTRICT JUDGE