**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Will Moss, Jr.

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Will Moss, Jr. and Vinnie Brooks,<br><br>　　　　Defendant | Case No.: Cr.S-03-550-WBS<br><br>**ORDER**<br>**TO VACATE TRIAL CONFIRMATION HEARING AND JURY TRIAL DATES AND SET NEW STATUS CONFERENCE**<br><br>DATE:　November 30, 2005<br>TIME:　9:00 a.m.<br>JUDGE: Hon. William B. Shubb |

**GOOD CAUSE APPEARING,** it is hereby ordered that both the trial confirmation hearing, now set for November 30, 2005 at 9:00 a.m. and the jury trial, now set for December 6, 2005, are vacated and a new status conference is set for January 18, 2006 at 9:00 a.m..

Additionally, the Court finds the ends of justice to be served by vacating the jury trial and granting a continuance outweigh the best interests of the public and the defendants in a speedy trial and thus order time excluded through January 18, 2006 pursuant to 18 U.S.C. § 3161(h)(1)(F), 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T 4.

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

- 2 -

1  **IT IS SO ORDERED**

3  Dated:  November 18, 2005

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com