Shari Rusk
Attorney at Law
Bar # 170313
1710 Broadway
Suite 111
Sacramento, CA 95818

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,       )<br>                                 )<br>           Plaintiff,            )<br>                                 )<br>     vs.                         )<br>                                 )<br> Vinnie Brooks, et. al.,         )<br>                                 )<br>           Defendants.           )<br>_____) | Case No.: Cr. S. 03-550 WBS<br><br>Date: September 20, 2006<br>Time: 9:30 a.m.<br>Court: Hon. William B. Shubb<br><br>Request to Transfer Judgment & Sentencing |

   Ms. Brooks entered a guilty plea before this Court on May 24, 2006.  The case of her co-defendant, Will Moss, was transferred to Judge Garcia for trial.  Ms. Brooks testified against Mr. Moss at trial.  Judge Garcia heard Ms. Brooks's lengthy direct testimony and cross-examination, as well as all other testimony at trial.  Mr. Moss is scheduled to be sentenced before Judge Garcia on September 27, 2006.

   For reasons of judicial economy and appropriate use of the Courts resources, the parties request that Ms. Brooks's case be transferred to Judge Garcia for judgment and sentencing.  If this Court transfers Ms. Brooks matter for sentencing, the parties will request an appropriate date before Judge Garcia to put the matter on calendar.

   ///

   ///

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

```
 1
 2  Dated: September 15, 2006        Respectfully submitted,
 3
 4                                     __/s/ Shari Rusk_____
                                       Shari Rusk
 5                                     Attorney for Defendant
                                       Vinnie Brooks
 6
 7
 8
                                        /s/ Carolyn Delaney_____
 9  Dated: September 15, 2006           Carolyn Delaney
                                        Assistant United States Attorney
10
11
12                              **ORDER**
13
         It is so ordered, that the matter of Vinnie Brooks be set
14
    for sentencing before Judge Garcia.
15
16  Dated:   September 19, 2006
17
                                       _____
18                                     WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE
```

- 2 -