MCGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
MICHAEL M. BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S. NO. 03-0550 EJG |
| Plaintiff, ) | ORDER |
| v. ) | |
| VINNIE WILLETTE LADORA BROOKS, ) | |
| Defendant. ) | Honorable Edward J. Garcia |

**ORDER**

Based on the parties' stipulation, it is hereby ORDERED that the defendant's sentencing be rescheduled to October 27, 2006, at 10:00 a.m.

Dated: September 25, 2006

By  /s/ Edward J. Garcia
Honorable Edward J. Garcia
United States District Court