Shari Rusk
Attorney at Law
Bar # 170313
1710 Broadway
Suite 111
Sacramento, CA 95818

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: Cr. S. 03-550 EJG |
|  | ) |
|        Plaintiff, | ) |
|  | ) Date: December 15, 2006 |
|   vs. | ) Time: 9:00 a.m. |
|  | ) Court: Hon. Edward J. Garcia |
| Vinnie Brooks, et. al., | ) |
|  | ) Stipulation & Order to Continue |
|        Defendants. | ) Judgment & Sentencing |
|  | ) |

    Ms. Brooks pled guilty to a violation of 18 U.S.C. § 4, Misprision of Felony.  Ms. Brooks is currently scheduled to be sentenced before this Court on October 27, 2006.  The parties need additional time to evaluate sentencing issues and request that the matter be continued for judgment and sentence to December 15, 2006.

    Ms. Brooks has already been convicted so there are no speedy trial issues.  This Court is available for judgment and sentence on December 15, 2006.  Therefore, the parties respectfully request that Ms. Brooks judgment and sentencing be continued to December 15, 2006.

    ///

    ///

    ///

- 1

```
Dated: October 11, 2006            Respectfully submitted,


                                   __/s/ Shari Rusk_____
                                   Shari Rusk
                                   Attorney for Defendant
                                   Vinnie Brooks



                                    /s/ Carolyn Delaney_____
 Dated: October 11, 2006           Carolyn Delaney
                                   Assistant United States Attorney
```

**ORDER**

It is so ordered, that the matter of Vinnie Brooks be set for judgment and sentencing on December 15, 2006.

```
Dated: October 12, 2006            _ /s/ Edward J. Garcia_____
                                   Hon. Edward J. Garcia
                                   United States District Court Judge
```

- 2 -