Shari Rusk
Attorney at Law
Bar # 170313
1710 Broadway
Suite 111
Sacramento, CA 95818



FILED

DEC 12 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr. S. 03-550 WBS |
| Plaintiff, | |
| vs. | Date: March 2, 2007<br>Time: 9:00 a.m.<br>Court: Hon. Edward J. Garcia |
| Vinnie Brooks, et. al., | |
| Defendants. | Stipulation & Order to Continue Judgment & Sentencing |

Ms. Brooks pled guilty to a violation of 18 U.S.C. § 4, Misprision of Felony. Ms. Brooks is currently scheduled to be sentenced before this Court on December 15, 2006. The parties need additional time to evaluate sentencing issues and request that the matter be continued for judgment and sentence to March 2, 2007.

Ms. Brooks has already been convicted so there are no speedy trial issues. This Court is available for judgment and sentence on March 2, 2007. Therefore, the parties respectfully request that Ms. Brooks judgment and sentencing be continued to March 2, 2007.

Dated: December 11, 2006         Respectfully submitted,


                                 /s/ Shari Rusk
                                 Shari Rusk

- 1

|   |   |
|---|---|
|   | Attorney for Defendant<br>Vinnie Brooks |
| Dated: December 11, 2006 | /s/ Carolyn Delaney<br>Carolyn Delaney<br>Assistant United States Attorney |

## ORDER

It is so ordered, that the matter of Vinnie Brooks be set for judgment and sentencing on March 2, 2007.

Dated: 12/12/06        /s/ Edward J. Garcia
                       Hon. Edward J. Garcia
                       United States District Court Judge

- 2