1  Shari Rusk
   Attorney at Law
2  Bar # 170313
   1710 Broadway
3  Suite 111
   Sacramento, CA 95818
4



5              UNITED STATES DISTRICT COURT FOR THE
6                   EASTERN DISTRICT OF CALIFORNIA
7
8  United States of America,    ) Case No.: Cr. S. 03-550 WBS
                                 )
9          Plaintiff,            )
                                 ) Date: April 6, 2007
10      vs.                      ) Time: 9:00 a.m.
                                 ) Court: Hon. Edward J. Garcia
11 Vinnie Brooks, et. al.,       )
                                 ) Stipulation & Order to Continue
12         Defendants.           ) Judgment & Sentencing
                                 )
13

14      Ms. Brooks pled guilty to a violation of 18 U.S.C. § 4,
15 Misprision of Felony.  Ms. Brooks is currently scheduled to be
16 sentenced before this Court on March 2, 2007.  The parties need
17 additional time to evaluate sentencing issues and request that
18 the matter be continued for judgment and sentence to April 6,
19 2007, if that date is available with the Court.
20      Ms. Brooks has already been convicted so there are no
21 speedy trial issues.  Therefore, the parties respectfully
22 request that Ms. Brooks judgment and sentencing be continued to
23 April 6, 2007.
24
25 Dated: February 28, 2007     Respectfully submitted,
26
27                              /s/ Shari Rusk
                                Shari Rusk
28                              Attorney for Defendant
                                Vinnie Brooks

- 1

Dated: February 28, 2007       /s/ Carolyn Delaney
                               Carolyn Delaney
                               Assistant United States Attorney

**ORDER**

It is so ordered, that the matter of Vinnie Brooks be set for judgment and sentencing on April 6, 2007.

Dated: 3/1/07                  _____
                               Hon. Edward J. Garcia
                               United States District Court Judge

- 2 -