```
McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
MICHAEL M. BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Vinnie Brooks, et al.,<br><br>　　　　Defendants. | CR. S. NO. 03-0550 EJG<br><br>STIPULATION AND ORDER TO WITHDRAW<br>FELONY PLEA<br><br>Trial: April 20, 2007<br>Time: 9:00 A.M.<br>Judge: Edward J. Garcia |

　　　Ms. Brooks pleaded guilty to a violation of 18 U.S.C. § 4 – misprision of a felony.  Subsequent to her guilty plea, Ms. Brooks testified in federal court at the trial of her co-defendant, Will Moss.  She also testified in state court at a sexual assault trial.  Ms. Brooks' trial testimony has made apparent the extent to which she was a victim of Will Moss.  In the three years since her arrest in this case, Ms. Brooks has completely changed her life.  She has cooperated with local and federal authorities, she has sought an maintained employment for long periods (though her felony conviction has made stable long-term employment difficult), and she complied with the conditions of her pre-trail release.

///

For the reasons provide by the parties in open court on April 6, 2007, the parties agree it is appropriate to allow Ms. Brooks to withdraw her felony plea and plead anew to a misdemeanor information. The parries therefore ask the Court to allow Ms. Brooks to withdraw her felony plea, and plead to the misdemeanor charged in the second superseding information, a violation of 18 U.S.C. § 1521(d)(4).

Respectfully submitted,

DATED: April 18, 2007           /s/ Carolyn K. Delaney
                                CAROLYN K. DELANEY
                                Assistant U.S. Attorney

                                /s/ Michael M. Beckwith
                                MICHAEL M. BECKWITH
                                Assistant U.S. Attorney

DATED: April 18, 2007           /s/ Shari Rusk
                                SHARI RUSK
                                Attorney for Vinnie Brooks

ORDER

It is so ordered. The Court will accept the withdrawal of Ms. Brooks' felony plea and allow her to plead guilty to the misdemeanor charged I the second superseding information.

Dated: April 20, 2007           /s/ Edward J. Garcia
                                Honorable Edward J. Garcia
                                Senior United States District Judge

2