UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                    )
         Plaintiff,                 )      Case No. _CR-S-03-550 EJZ_
                                    )
     v.                             )      RELEASE ORDER NO. _____
                                    )
_Vinnie Willette Laidra Brooks_     )      ORDER FOR RELEASE OF
         Defendant.                 )      PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Vinnie Willette Laidra Brooks_, Case No. _CR-S-03-550_,

Charge _Violation of Supervised Release_,

from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

____ Bail posted in the sum of $_____

____ Unsecured Appearance Bond

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

_X_ (Other) _Release this date - sentenced to time served._

**FILED**
APR 29 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, Calif_ on _April 25, 2008_ at _10:30_ a.m./p.m.

Copy 1 - U.S. Marshal

By _____
United States District Judge or
United States Magistrate